■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME LEAKE, Appellant. [628 NYS2d 516] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered August 24, 1994, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL LEE, Appellant. [628 NYS2d 517] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated November 28, 1994 (People v Lee, 209 AD2d 723), affirming a judgment of the County Court, Westchester County, rendered December 2, 1991, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Sullivan, J. P., O'Brien, Thompson and Krausman, JJ., concur.